# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARRINGTON W. KERSHNER, IV | |
| *Plaintiff,* | NO. 21-623 |
| vs. | CIVIL ACTION |
| SPENCER GIFTS LLC, | (JUDGE BRANN) |
| *Defendant.* | |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT UNDER THE FAIR LABOR STANDARDS ACT

Plaintiff, Harrington W. Kershner, IV, and Defendant, Spencer Gifts LLC, by and through their respective undersigned counsel, jointly move for the approval of the settlement of Plaintiff's claims brought under the Fair Labor Standards Act ("FLSA") and the Pennsylvania Minimum Wage Act ("PMWA") and rely on the factual and legal analysis set forth in the accompanying memorandum of law.

Dated: August 9, 2021  Respectfully submitted,


*/s/ Ari R. Karpf*
Ari R. Karpf, Esquire
Katie A. Pilgren-Beatty, Esquire
KARPF, KARPF & CERUTTI, P.C.
331 Street Road
Two Greenwood Square
Building 2, Suite 128
Bensalem, PA 19020
215-639-0801
Attorneys for Plaintiff


*/s/ Stephanie Peet*
Stephanie Peet, Esq.
Jackson Lewis P.C.
1601 Cherry Street
Suite 1350
Philadelphia, PA 19102
267-319-7802
Attorneys for Defendant