# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARRINGTON W. KERSHNER, IV | NO. 4:21-CV-00623 |
| *Plaintiff,* | |
| vs. | CIVIL ACTION |
| SPENCER GIFTS LLC, | (JUDGE BRANN) |
| *Defendant.* | |

## ORDER

**AND NOW,** this 12th day of August 2021, after consideration of the Parties' Joint Motion for Approval of the Settlement Agreement, **IT IS HEREBY ORDERED** that the Parties' Joint Motion for Approval of the Settlement Agreement is **GRANTED** in its entirety.

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge